UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| WILLIAM ROBERT HAWS, | Civil Action No. 5:20-cv-01804-KDW |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

**ORDER**

This matter is before the court on Plaintiff's Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), in the amount of Three Thousand, Six Hundred, Fifty-Nine Dollars and 25/100 Cents ($3,659.25) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under 28 U.S.C. §§ 2412(a), (d) of the Equal Access to Justice Act ("EAJA"). ECF No. 24. In the Acting Commissioner's Response, she indicates she does not object to the requested amount of EAJA attorney fees and expenses sought. ECF No. 25. Plaintiff's Motion is granted in accordance with the terms of this order.

It is hereby, ORDERED that Plaintiff, William Robert Haws, is awarded attorney fees in the amount of Three Thousand, Six Hundred, Fifty-Nine Dollars and 25/100 Cents ($3,659.25) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under 28 U.S.C. § 2412. These attorney fees will be paid directly to Plaintiff, William Robert Haws, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

February 25, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge